```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

**ROBERT A. HUBBARD #109084**                                **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 3:13cv140 TSL-JCG**

**COMMISSIONER CHRISTOPHER EPPS**                            **DEFENDANT**

### O R D E R

This cause came on this date to be heard upon the report and recommendation of the United States magistrate judge, and the court, having fully reviewed the report and recommendation of the United States magistrate judge entered on or about November 5, 2014, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge John C. Gargiulo entered on November 5, 2014,  be, and the same is hereby adopted as the finding of this court.  The [32] motion of defendant for summary judgment should be granted, and this cause should be dismissed without prejudice.  A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the   24th    day of November, 2014.

                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE